IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN VIEW ORCHARDS, and CHARLES L. SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTBRIDGE AGRICULTURAL, and JOHN DOES I through V,<br><br>Defendants. | CV 19–172–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation to Dismiss without Prejudice. (Doc. 16.) In light of the Court's Order granting former Defendant Northwest Wholesale, Inc.'s motion to dismiss (Doc. 14), the plaintiffs and remaining named defendant intend to litigate this matter in the State of Washington.

Accordingly, IT IS ORDERED that this matter is DISMISSED without prejudice, each party to bear its own costs.

DATED this 28th day of April, 2020.

Dana L. Christensen, District Judge
United States District Court